USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2021

# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

cerrington@faillacelaw.com

June 30, 2021

BY ECF
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **Aguilar et al v. Tacos Grand Central Inc., 21-cv-01963**

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. I write with the consent of counsel for Defendants to request an adjournment of the initial conference currently scheduled for July 7, 2021. This is the first request of this nature

The reason for this request is the parties' intent to mediate pursuant to this Court's Order of April 5, 2021. The parties have conferred and scheduled a mediation for August 12, 2021, which we hope will result in an amicable resolution. The parties thus request an adjournment of the Initial Conference to a date after August 12, 2021.

Respectfully Submitted,

/s/ Clela Errington
Clela A. Errington, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

Cc: all counsel via ECF

GRANTED. The conference scheduled for July 7, 2021, is ADJOURNED to **September 2, 2021**, at **11:00 a.m.** By **August 26, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: July 1, 2021
New York, New York

ANALISA TORRES
United States District Judge

*Certified as a minority-owned business in the State of New York*