Case 1:21-cv-01963-AT Document 28 Filed 09/13/21 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_9/13/2021\_



T: 332.777.1884
www.kilegal.com

September 13, 2021

<u>Via ECF</u>
Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Aguilar v. Tacos Grand Central, Inc., et al
            Civil Case No. 1:21-cv-1963-AT

Dear Judge Torres:

    We represent the Defendants in the above-referenced matter. We write with consent of Plaintiff's counsel to respectfully request an extension of time for the parties to submit the settlement approval motion. See Docket No. 26. By way of update, the settlement agreement is finalized and the parties are in the process of executing it. We hope to have the fully executed settlement agreement prepared for the Court's approval within the next fourteen (14) days.

    We sincerely thank the Court for its time and attention to this matter.

                                     Respectfully submitted,

                                     */s/ Steven Siegler*
                                     Steven Siegler, Esq.

cc:    Clela Errington, Esq. (via ECF)

    GRANTED. By **September 27, 2021**, the parties shall file their motion for settlement approval.

    SO ORDERED.

    Dated: September 13, 2021
             New York, New York

                                     ANALISA TORRES
                                  United States District Judge