```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/1/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL DE LA LUZ AGUILAR,

                Plaintiff,

-against-

TACOS GRAND CENTRAL, INC. (D/B/A TACOS TIMES SQUARE), CESAR HERNANDEZ, ELIAS DOE, and RODOLFO HERNANDEZ,

                Defendants.

21 Civ. 1963 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 27, 2023, the Court denied the parties' request for approval of settlement without prejudice to filing a revised settlement by April 27, 2023. ECF No. 39 at 7. That deadline has passed. Accordingly, by **May 11, 2023**, Plaintiff shall advise the Court of his intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: May 1, 2023
       New York, New York

                                                      ANALISA TORRES
                                           United States District Judge