USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/2/2023_

# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

_____

mary@csm-legal.com

September 29, 2023

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　　Re:　Miguel De La Luz Aguilar, et al. v. Tacos Grand Central Inc., et al.
　　　　　　Docket No.: 21-cv-01963 (AT)

Your Honor:

　　Our office represents Plaintiff in the above-referenced matter. On August 30, 2023 the parties were ordered to refile the motion for settlement approval. The parties apologize for failing to resubmit the settlement agreement by the September 29, 2023 deadline. This is the first request of its kind and submitted on consent.

　　The parties have finalized the revised agreement and the Plaintiffs are waiting for Defendants to provide the signed updated settlement agreement. Therefore, the parties anticipate needing an additional week to finalize the agreement.

　　The parties respectfully request a brief extension of the deadline to submit the revised motion for settlement approval to October 6, 2023.

　　Plaintiff thanks the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

GRANTED.

SO ORDERED.

Dated: October 2, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　ANALISA TORRES
　　　　　　　　　　　　　　　　　　　　　United States District Judge